IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>SHANE A. BERTUCCI,<br><br>    Defendant. | 8:20CR30 |

ORDER FOR DISMISSAL

IT IS ORDERED the Motion to Dismiss the Petition for Offender Under Supervision, Filing No. 37, in the above-captioned case is granted as requested.

DATED this 19th day of January 2024.

                s/ Joseph F. Bataillon
                Senior United States District Judge